1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

2

3  MARK KROTOSKI (CSBN 138549)
   Chief, Criminal Division

4  MICHELLE MORGAN-KELLY (DEBN 3651)
   Assistant United States Attorney

5

6  1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510)637-3705

7  Facsimile: (510)637-3724
   Email: michelle.morgan-kelly@usdoj.gov

8  Attorneys for Plaintiff

FILED

07 JUL 17 PM 4:09

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

PJH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| Plaintiff, | ) ) ) | APPLICATION AND [PROPOSED] ORDER TO SEAL INDICTMENT AND ARREST WARRANT |
| v. | ) | |
| SHANNON BLAYLOCK, a/k/a ARLANDYS RICHARDSON, a/k/a "DADDY RICH," TAWAKONI SEATON, a/k/a "TONI," and LATOSHA GARDNER, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

The United States hereby moves this honorable Court, for good cause shown, to seal the Indictment and arrest warrants issued in the above-captioned case, and any other related documents, as well as this application and the Court's Order, until further order of this Court.

UNITED STATES' APPLICATION
FOR SEALING ORDER                                    1

| | |
|---|---|
| 1 | Defendants are unaware of the current federal investigation. Public disclosure of the |
| 2 | Indictment and arrest warrants could alert the defendants to their impending arrest and provide |
| 3 | them with an opportunity to flee or to destroy evidence. Defendants are facing a significant |
| 4 | sentence of imprisonment. Accordingly, the United States respectfully requests that the above- |
| 5 | described materials be sealed in order to prevent the defendants from learning of the Indictment |
| 6 | and arrest warrants. |

DATED: July 17, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

MICHELLE MORGAN-KELLY
Assistant United States Attorney

### [PROPOSED] ORDER

Good cause appearing, it is hereby ORDERED that the following items be filed under seal in the non-public docket, until further order of this Court: the Indictment, arrest warrants, and any other related documents, as well as this application and the Court's Order.

DATED: 7/17/07

HON. NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES' APPLICATION
FOR SEALING ORDER                2