**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

FILED
AUG 2 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** August 29, 2007   **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-07-0454 PJH

**Case Name:**   UNITED STATES   v.   LATOSHA GARDNER (Present)

**Attorney for Plaintiff:**   Denise Barton
**Attorney for Defendant:**   Jodi Linker; Barry Portman

**Deputy Clerk:** Nichole Heuerman        **Court Reporter:** Lydia Zinn

### PROCEEDINGS

Trial Setting-Held. Government counsel informs the court that discovery has not been produced. The deadline for government counsel to produce discovery is 9/14/07. Time is excluded from 8/29/07 to 9/26/07 for effective preparation of counsel. The government to prepare order regarding exclusion of time.

Defense counsel's oral motion to unseal the indictment-held. The court will give the government an opportunity to respond in writing. Government counsel to submit document with supporting authority to the court by tomorrow.

**CASE CONTINUED TO: September 26, 2007 at 3:00 p.m. for Trial Setting.**

-----------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** Category   Begins 8/29/07 Ends 9/26/07
-----------------------------------------------------------------------------------------------------

**cc:** chambers