SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7359
   Facsimile: (415) 436-7234
   denise.barton@usdoj.gov

Attorneys for Plaintiff

FILED

AUG 30 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SHANNON BLAYLOCK,<br>    aka ARLANDYS RICHARDSON,<br>    aka "DADDY RICH",<br>TAWAKONI SEATON,<br>    aka TONI, and<br>LATOSHA GARDNER,<br><br>    Defendant. | CR No. 07-0454 PJH<br><br>UNITED STATES' MOTION TO LIFT THE SEAL ON THE INDICTMENT |

The government hereby moves the Court for an order lifting the seal on the above-captioned indictment. The United States believes that the legitimate prosecutorial objectives for sealing that existed upon indictment are no longer present and that the indictment should now be public. The defendant, Latosha Gardner, does not object to this Motion.

//

//

1  DATED: August 30, 2007                    Respectfully Submitted,

2                                             SCOTT N. SCHOOLS
                                              United States Attorney
3

4                                             /s/ Denise M. Barton
                                              DENISE MARIE BARTON
5                                             Assistant United States Attorney

6

7
                                         **ORDER**
8
         Based upon the motion of the Government and for good cause shown, IT IS HEREBY
9
   ORDERED that the seal on the above-captioned indictment be lifted.
10

11

12

13  DATED: 8/30/07
                                              HON. PHYLLIS J. HAMILTON
14                                            United States District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Motion and [Proposed] Order                                                              2