1   SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney

2
    BRIAN STRETCH (CSBN 163973)
3   Chief, Criminal Division

4   DENISE MARIE BARTON (MABN 634052)
    Assistant United States Attorney

5
    450 Golden Gate Avenue, Box 36055
6   San Francisco, California 94102
    Telephone: (415) 436-7359
7   Facsimile: (415) 436-7234
    denise.barton@usdoj.gov

8
    Attorneys for Plaintiff

9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14                                      )  CR No.  07-0454 PJH
    UNITED STATES OF AMERICA,           )
15                                      )  UNITED STATES' MOTION TO LIFT THE
         Plaintiff,                     )  SEAL ON THE INDICTMENT
16                                      )
         v.                             )
17                                      )
    SHANNON BLAYLOCK,                   )
18    aka ARLANDYS RICHARDSON,          )
      aka "DADDY RICH",                 )
19  TAWAKONI SEATON,                    )
      aka TONI, and                     )
20  LATOSHA GARDNER,                    )
                                        )
21       Defendant.                     )
                                        )
22  ─────────────────────────────────

23        On August 30, 2007, the United States moved the Court for an order lifting the seal on

24  the above-captioned indictment. As of August 30, 2007, the indictment was the only document

25  that the United States had previously requested to be sealed. Upon filing of that Motion, the

26  United States believed that, if granted, the Order would effect a lifting of the seal on the

27  indictment and that no further documents would be sealed. On September 10, 2007, the District

28  Court Clerk's Office advised the United States that the August 30, 2007 Motion and Order would

FILED
SEP 12 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  | not result in the lifting of the seal on the entire case. At the direction of the Clerk's Office, the

2  | United States now moves to lift the seal on the above-captioned case, such that the indictment

3  | and all subsequent documents will not be sealed. The United States believes that the legitimate

4  | prosecutorial objectives for sealing that existed upon indictment are no longer present and that

5  | the indictment and all future documents should now be public. The defendant, Latosha Gardner,

6  | does not object to this Motion.

7

8

9  | DATED: September 12, 2007                    Respectfully Submitted,

10                                               SCOTT N. SCHOOLS
                                                 United States Attorney

11

12                                               DENISE MARIE BARTON

13                                               Assistant United States Attorney

14

15                                          **ORDER**

16

       Based upon the motion of the Government and for good cause shown, IT IS HEREBY

17
   | ORDERED that the seal on the above-captioned case be lifted.

18

19

20

21  | DATED: _____

22                                               HON. PHYLLIS J. HAMILTON
                                                 United States District Court Judge

23

24

25

26

27

28