SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH  (CABN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7359
Facsimile: (415) 436-7234
denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No.  07-0454 PJH |
| Plaintiff, | **NOTICE OF CHANGE OF COUNSEL** |
| v. | |
| SHANNON BLAYLOCK,<br>　aka ARLANDYS RICHARDSON,<br>　aka "DADDY RICH",<br>TAWAKONI SEATON,<br>　aka TONI, and<br>LATOSHA GARDNER,<br>Defendant. | |

The United States Attorney's Office hereby files this Notice of Change of Counsel to advise the court that the assigned Assistant United States Attorney ("AUSA") for this case is Denise M. Barton.  Future ECF notices should be sent to AUSA Barton only at the

///

///

///

///

Case # CR 07-0454 PJH
NOTICE OF CHANGE OF COUNSEL

email address of denise.barton@usdoj.gov.  AUSA Michelle Morgan-Kelly should be removed from the list of persons to be noticed.

DATED: September 17, 2007            Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/S/
_____
DENISE. M. BARTON
Assistant United States Attorney

Case # CR 07-0454 PJH
NOTICE OF CHANGE OF COUNSEL