UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** September 26, 2007                              **JUDGE:**  Phyllis J. Hamilton

**Case No:**  CR-07-0454 PJH

**Case Name:**   UNITED STATES   v.   LATOSHA GARDNER (Present)

**Attorney for Plaintiff:**     Denise Barton
**Attorney for Defendant:**  Jodi Linker

**Deputy Clerk:**  Nichole Heuerman                **Court Reporter**: Katherine Powell

**PROCEEDINGS**

  Trial/Motion Setting-Held.  Defense counsel informs the court that she plans to file a motion regarding revealing the identity of informants.  The court sets a briefing schedule for the motion.  The motion shall be filed by 10/10/07; opposition to be filed by 10/24/07; reply to be filed by 10/31/07 with a hearing on the motion set for 11/7/07 at 2:30 p.m.  Time is excluded from 9/26/07 to 10/10/07 for effective preparation of counsel.  The government to prepare order regarding exclusion of time.

**CASE CONTINUED TO: November 7, 2007 at 2:30 p.m. for Motion Hearing**.

-------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** Category  Begins 9/26/07 Ends 10/10/07
-------------------------------------------------------------------------------------------------------------------

**cc:** chambers; Wendy