SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7359
   Facsimile: (415) 436-7234
   denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 07-0454 PJH |
|    Plaintiff, | STIPULATION AND [P~~ROPOSED~~] ORDER EXCLUDING TIME |
| v. | |
| SHANNON BLAYLOCK,<br>   aka ARLANDYS RICHARDSON,<br>   aka "DADDY RICH",<br>TAWAKONI SEATON,<br>   aka TONI, and<br>LATOSHA GARDNER, | |
|    Defendant. | |

On September 26, 2007, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from September 26, 2007 through October 10, 2007. The parties represented that granting the continuance was necessary

//

//

//

for effective preparation of counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).

SO STIPULATED:

        SCOTT N. SCHOOLS
        United States Attorney

DATED: September 27, 2007        /s/
        DENISE MARIE BARTON
        Assistant United States Attorney

DATED: September 27, 2007        /s/
        JODI LINKER
        Attorney for LATOSHA GARDNER

As the Court found on September 26, 2007, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from September 26, 2007 through October 10, 2007 for effective preparation of counsel. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: 10/1/07 ~~10/10/07~~

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation and [Proposed] Order Excluding Time, 07-0454 PJH    2