1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   BRIAN STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-7359
7  Facsimile: (415) 436-7234
   denise.barton@usdoj.gov
8
   Attorneys for Plaintiff
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                           SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,        )   CR No. 07-0454 PJH
                                      )
15 |        Plaintiff,                 )   STIPULATION AND [PROPOSED] ORDER
                                      )   EXCLUDING TIME
16 |    v.                             )
                                      )
17 | SHANNON BLAYLOCK,                 )
        aka ARLANDYS RICHARDSON,      )
18      aka "DADDY RICH",             )
   | TAWAKONI SEATON,                  )
19 |    aka TONI, and                  )
   | LATOSHA GARDNER,                  )
20                                    )
   |        Defendant.                 )
21                                    )

22         On August 16, 2007, the parties in this case appeared before the Court and stipulated that

23  time should be excluded from the Speedy Trial Act calculations from August 16, 2007 through

24  August 29, 2007. The parties represented that granting the continuance was necessary

25  //

26  /

27  //

28  //

Stipulation and [Proposed] Order Excluding Time, 07-0454 PJH                                      1

1 | for effective preparation of counsel, taking into account the exercise of due diligence. See 18
2 | U.S.C. § 3161(h)(8)(B)(iv).
3
4 | SO STIPULATED:
5
6 |                                              SCOTT N. SCHOOLS
                                                 United States Attorney
7
8 | DATED: September 27, 2007                    /s/
                                                 DENISE MARIE BARTON
9                                                Assistant United States Attorney
10
11 | DATED: September 27, 2007                   /s/
                                                 JODI LINKER
12                                               Attorney for LATOSHA GARDNER
13
14
15 | As the Court found on August 16, 2007, and for the reasons stated above, the Court finds that
16 | the ends of justice served by the continuance outweigh the best interests of the public and the
17 | defendant in a speedy trial and that time should be excluded from the Speedy Trial Act
18 | calculations from August 16, 2007 through August 29, 2007 for effective preparation of counsel.
19 | See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny
20 | counsel reasonable time necessary for effective preparation, taking into account the exercise of
21 | due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).
22
23 | SO ORDERED.
24
25
26 | DATED: 10/1/07
27 |                                              HON. EDWARD M. CHEN
                                                 United States Magistrate Court Judge
28