**FEDERAL PUBLIC DEFENDER**

NORTHERN DISTRICT OF CALIFORNIA
19TH FLOOR FEDERAL BUILDING - BOX 36106
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (415) 436-7700
Fax (415) 436-7706

October 10, 2007

The Honorable Phyllis J. Hamilton
United States District Court
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

        **Re:**    ***United States v. Latosha Gardner**, Case No. CR 07-0454 (PJH)*

Dear Judge Hamilton:

        At the last status conference in above-referenced matter, the Court set a briefing schedule for a motion that I said I would be filing, and scheduled a hearing date on that motion for November 7, 2007. I have since decided not to file that motion and, therefore, would like to set a status conference and trial setting as soon as possible. I have spoken with AUSA Denise Barton, and the next date that all parties are available is October 24, 2007 at 1:30 pm. Your Courtroom Deputy informed me that the Court is also available on that date. Accordingly, I respectfully request that this matter be placed on calendar for October 24, 2007 at 1:30 pm.

        I appreciate your attention to this request.

                        Very truly yours,

                        BARRY J. PORTMAN
                        Federal Public Defender

                            */S/*

                        JODI LINKER
                        Assistant Federal Public Defender

cc:    AUSA Denise Barton