EXHIBIT A



**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

*11th Floor, Federal Building*     *(415) 436-7200*
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California 94102-3495*     *FAX:(415) 436-7234*

October 4, 2007

BY HAND DELIVERY
Michelle Nero
Pretrial Services Officer
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:     United States v. Latosha Gardner
              CR 07-454 PJH

Dear Michelle:

    Attached please find a copy of a letter that was recently intercepted in the Dallas County Jail, where Shannon Blaylock, a co-defendant of Ms. Gardner's in the above-referenced case, is currently incarcerated. As you will note, this letter was send to Shannon Blaylock from his mother. In the letter, Blaylock's mother relays conversations with Ms. Gardner to her son. On August 16, 2007, the Honorable Edward M. Chen set conditions of release for Ms. Gardner, one of which required that she "shall have no contact with any co-defendant out of the presence of counsel." It is my understanding that defendants are advised that the "no contact" condition applies to both direct and indirect contact. I believe that in communicating with Blaylock through his mother, Ms. Gardner violated a condition of her release.

    Further, since Ms. Gardner's release, I realized that she should have, upon her release, been placed on mandatory electronic monitoring, by virtue of the crime with which she is charged - 18 U.S.C. § 1591.

    At your convenience, and the convenience of defense counsel, I would like to set this matter on calendar to address both issues. Please call me at your convenience to discuss these matters.

                          Very truly yours,

                          SCOTT N. SCHOOLS
                          United States Attorney

                          Denise Marie Barton
                          Assistant United States Attorney

Enclosure

cc:     Jodi Linker, AFPD (via hand delivery)

Received

OCT 0 4 2007

Federal Public Defender
San Francisco

HELIA L. Blaylock
16 W. Phillips St. #3
Tyler, Tx. 75701-1645

Shannon Blaylock  11-5-10
P.O. Box 660334    07045509
Dallas, Tx. 75222-0334

7526680334 B090

4:44 pm
Sept 20, 2007

Shannon,

This is just a quick note.
I love you and have been doing everything to get you this money. Finally got the right address for mail/money. You have to send money separate to different address. Your name cannot be on the (Pay To: Line.) Has To Be

money order → Pay To: INMATE TRUST FUND 07045509 on the
                POB 660538                                  C.O.D.
                Dallas, Tx. 75222-0538    Used For Line @ Bottom of M/t

SHANNON Blaylock

Your name can be anywhere else on the money order, only not on the (Pay To) line.

And, INMATE TRUST FUND Has To Be on Envelope POB 660538
                    Dallas, Tx. 75222-0538

I'm trying to get this in the mail before 6pm and maybe you'll get it by Monday Hopefully.

You asked a lot of questions I don't have answers too. Your cousin says she knows nothing about what they are asking. Only picked up

#2.

money, rented car, went to eat across bay. And you stayed there sometimes. You're her favorite and always have been, cousin. You're always dressed nice. Josha's investigator Fred Anderson says he will be down the end of 1st week in October. Josha goes back on the 26th and she'll know more. They are saying 5-99 on one charge something to do with minor trafficking and 10 yr on the other. That girl is going thru crazy. They think she knows Lauhlani, and Daphne gave a statement that she didn't know Josha and has never been to her house. I can only tell you what Josha says. She never saw that girl and was not at Josha's house with her. So you can just about imagine who they say their witness is, because the honest picked my up, but she has talked to them? Your lawyer has not returned any of Josha's lawyer or investigators phone calls. They say that you are the BIG PIMP and Josha was your connection. They say you all traveled everywhere and her had to stay out for you all for a while. All this is to much for me. But I'll stick by you no matter the cause. Believe that. Don't get it wrong, I don't uphold any wrong.

#3

But I'll be by your side. I pray all those men to hell.

I cleaned the carport for Sherrice and the stove I am still trying to sell. Also she wants to park Darrell's car where the Infinity is. I don't know what to do with it. Have no papers on it. Everything a mess. I'm working myself to death and still can't get things in order. Paying insurance, life. Need to put you in some. I know the Lord will have the things purposed for you, me to the furtherance of the Kingdom. He's not letting us go through this for nothing. What would Josha lie about. No I don't want to know. Anyway Ned Anderson's phone tells the operator that he accepts collect calls. You know Mesha's relationship ad yours better than me. She just tells me she will write. I ask and that's it. Can't force people. Mama told me to give her the right address for M/o I will give to Candice and Pheshus & Shay can get it from Candice. I'm just gonna have to myself. I need to get a gas cap for this car. Will send you some more money around the first. I sent 90 and Pheshus. It should help for a few weeks till I send next. Okay. Love you. Stay strong in Jesus
Mother

PS

Called Tanisha to check on something in the computer. She said she'd call back. Never did. This is probably closed as well. No can catch Acura. She got a new cell phone and I don't know the number. Doris knows you're locked up and has probably seen your address. You know they have access.

Anyway, focus on your life serving Jesus. Everything will be alright.

Amen.

Phillip
Mathu