UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** October 24, 2007  **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-07-0454 PJH

**Case Name:** UNITED STATES v. LATOSHA GARDNER (Present)

**Attorney for Plaintiff:** Denise Barton
**Attorney for Defendant:** Jodi Linker

**Deputy Clerk:** Nichole Heuerman    **Court Reporter:** Sylvia Russo

### PROCEEDINGS

Trial/Motion Setting-Held. Defense counsel's request to set a trial date is DENIED as stated on the record. A motion to sever will need to be filed and decided before a trial date can be set for this defendant. Defense counsel shall file a motion to sever on 11/7/08; opposition to be filed by 11/21/07; reply to be filed by 11/28/07 with a hearing to be noticed for 12/12/07 at 2:30 p.m. The parties stipulate to exclude time from 10/10/07 to 10/24/07. The speedy trial clock is running and will be tolled upon the filing of the motion to sever as stated on the record. Defense counsel objection to tolling of the speedy trial clock once the motion is filed is noted by the court. The government to prepare order regarding exclusion of time.

**CASE CONTINUED TO:** December 12, 2007 at 2:30 p.m. for Defendant's Motion to Sever.

-------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** 10/10/07 to 10/24/07and 11/7/07 to 12/12/07
-------------------------------------------------------------------------------------------------------------------

**cc:** chambers; Wendy