SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7359
   Facsimile: (415) 436-7234
   denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>SHANNON BLAYLOCK,<br>   a/k/a ARLANDYS RICHARDSON,<br>   a/k/a "DADDY RICH",<br>TAWAKONI SEATON,<br>   a/k/a TONI, and<br>LATOSHA GARDNER,<br>    Defendant. | CR No. 07-0454 PJH<br><br>PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

To the Honorable Phyllis J. Hamilton, United States District Judge for the United States District Court for the Northern District of California:

The United States of America respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner Shannon Blaylock a/k/a Arlandys Richardson, a/k/a "Daddy Rich". The prisoner is required to appear in the above-referenced matter FORTHWITH

for his initial appearance before the Duty Magistrate in the above-referenced case. His place of custody and jailor are set forth in the following Writ.

DATED: October 29, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


_____/s/_____
DENISE MARIE BARTON
Assistant United States Attorney

IT IS SO ORDERED.

DATED:

_____
HONORABLE PHYLLIS J. HAMILTON
United States District Judge

PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM , 07-0454 PJH                                            2

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

To: Federico Rocha, United States Marshal for the Northern District of California; any of his authorized deputies; and Tommy Thomas, Harris County Sheriff, 701 San Jacinto Street, Houston, TX 77002:

**GREETINGS**

     The prisoner, Shannon Blaylock a/k/a Arlandys Richardson, a/k/a "Daddy Rich", SPN#02110462, is in custody in the Harris County Correctional Facility, Cellblock 3B101N, 701 San Jacinto Street, Houston, TX 77002.  He is required to appear as soon as possible before the Duty Magistrate on criminal charges now pending against him in the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102.  Accordingly,

     WE COMMAND that you produce the prisoner before the Duty Magistrate of the Northern District of California FORTHWITH.  You shall produce the prisoner at all times necessary until the termination of the proceedings in this Court.  Immediately thereafter, you shall return the prisoner to the above-referenced institution, or abide by whatever further order the Court may make concerning his custody.

     WITNESS the Honorable Phyllis J. Hamilton, United States District Judge of the United States District Court for the Northern District of California.

DATED:                                                                  CLERK
                                                                                    UNITED STATES DISTRICT COURT
                                                                                    NORTHERN DISTRICT OF CALIFORNIA

                                                                                      DEPUTY CLERK