FILED
2007 OCT 26 PM 2:13
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CALIFORNIA

FILED
OCT 26 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR07-0454 PJH |
| Plaintiff, | **ORDER MODIFYING BOND** |
| v. | |
| LATOSHA GARDNER, | |
| Defendant. | |

In light of the evidence indicating that Defendant's communications with her aunt, Sheila Blaylock, about this case may have been passed onto Defendant Shannon Blaylock, the pretrial bond is hereby modified to prohibit Defendant Gardner from communicating with Sheila Blaylock and from discussing the facts or legal strategies of this case with any friend or relative Defendant may have in common with Defendant Shannon Blaylock.

IT IS SO ORDERED.

Dated: October 26, 2007

_____
Edward M. Chen
United States Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA

        Plaintiff,

v.

LATOSHA GARDNER,

        Defendant.
        _____/

Case Number: CR07-00454 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 26, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Denise Marie Barton
United States Attorney's Office
450 Golden Gate Avenue, 11th Floor
Box 36055
San Francisco, CA 94102

Jodi Linker
Office of the Federal Public Defender
450 Golden Gate Avenue
19th Floor Federal Building - Box 36106
San Francisco, CA 94102

Pretrial Services
450 Golden Gate Avenue
San Francisco, CA 94102

Dated: October 26, 2007

Richard W. Wieking, Clerk
By: Betty Fong, Deputy Clerk