1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  BRIAN STRETCH (CSBN 163973)
   Chief, Criminal Division
4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney
5
6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
        Telephone: (415) 436-7359
7       Facsimile: (415) 436-7234
        denise.barton@usdoj.gov
8
   Attorneys for Plaintiff
9

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                        SAN FRANCISCO DIVISION


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 07-0454 PJH |
| ) | |
| Plaintiff, ) | RESPONSE TO THE COURT'S REQUEST |
| ) | FOR ADDITIONAL CITATIONS |
| v. ) | |
| ) | |
| SHANNON BLAYLOCK, ) | |
|   aka ARLANDYS RICHARDSON, ) | |
|   aka "DADDY RICH", ) | |
| TAWAKONI SEATON, ) | |
|   aka TONI, and ) | |
| LATOSHA GARDNER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

On October 26, 2007, following argument, the Court invited the parties to submit any additional citations to cases addressing the constitutionality of the mandatory release conditions set forth at Title 18, United States Code, section 3142(c)(1)(A).

//

//

//

RESPONSE TO THE COURT'S REQUEST FOR ADDITIONAL CITATIONS, CR No. 07-0454 PJH           1

The United States advises that, to date, it has not found any cases on-point.

                          Respectfully submitted,

                          SCOTT N. SCHOOLS
                          United States Attorney

                            /s/
                          DENISE MARIE BARTON
                          Assistant United States Attorney

October 30, 2007

RESPONSE TO THE COURT'S REQUEST FOR ADDITIONAL CITATIONS, CR No. 07-0454 PJH     2