# EXHIBIT C

PL 109-162, 2006 HR 3402 Page 145
PL 109-162, January 5, 2006, 119 Stat 2960
**(Cite as: 119 Stat 2960)**

"(ii) on the basis of an arrest under the authority of the United States, if the Attorney General receives, for each charge against the person on the basis of which the analysis was or could have been included in the index, a certified copy of a final court order establishing that such charge has been dismissed or has resulted in an acquittal or that no charge was filed within the applicable time period.";

<< 42 USCA § 14132 >>

(3) in subsection (d)(2)(A)(ii), by striking "all charges for" and all that follows, and inserting the following: "the responsible agency or official of that State receives, for each charge against the person on the basis of which the analysis was or could have been included in the index, a certified copy of a final court order establishing that such charge has been dismissed or has resulted in an acquittal or that no charge was filed within the applicable time period."; and

<< 42 USCA § 14132 >>

(4) by striking subsection (e).

<< 42 USCA § 14135 >>

SEC. 1003. EXPANDED USE OF CODIS GRANTS.

Section 2(a)(1) of the DNA Analysis Backlog Elimination Act of 2000 (42 U.S.C. 14135(a)(1)) is amended by striking "taken from individuals convicted of a qualifying State offense (as determined under subsection (b)(3))" and inserting "collected under applicable legal authority".

SEC. 1004. AUTHORIZATION TO CONDUCT DNA SAMPLE COLLECTION FROM PERSONS ARRESTED OR DETAINED UNDER FEDERAL AUTHORITY.

(a) IN GENERAL.--Section 3 of the DNA Analysis Backlog Elimination Act of 2000 (42 U.S.C. 14135a) is amended--

(1) in subsection (a)--

<< 42 USCA § 14135a >>

(A) in paragraph (1), by striking "The Director" and inserting the following:

"(A) The Attorney General may, as prescribed by the Attorney General in regulation, collect DNA samples from individuals who are arrested or from non-United States persons who are detained under the authority of the United States. The Attorney General may delegate this function within the Department of Justice as provided in section 510 of title 28, United States Code, and may also authorize and direct any other agency of the United States that arrests or detains individuals or supervises individuals facing charges to carry out any function and exercise any power of the Attorney General under this section.

"(B) The Director"; and

<< 42 USCA § 14135a >>

(B) in paragraphs (3) and (4), by striking "Director of the Bureau of Prisons" each place it appears and inserting

Copr. © West 2007 No Claim to Orig. Govt. Works

PL 109-162, 2006 HR 3402  Page 146
PL 109-162, January 5, 2006, 119 Stat 2960
**(Cite as: 119 Stat 2960)**

"Attorney General, the Director of the Bureau of Prisons,"; and

<< 42 USCA § 14135a >>

(2) in subsection (b), by striking "Director of the Bureau of Prisons" and inserting "Attorney General, the Director of the Bureau of Prisons,".

<< 18 USCA § 3142 >>

(b) CONFORMING AMENDMENTS.--Subsections (b) and (c)(1)(A) of section 3142 of title 18, United States Code, are each amended by inserting "and subject to the condition that the person cooperate in the collection of a DNA sample from the person if the collection *3086 of such a sample is authorized pursuant to section 3 of the DNA Analysis Backlog Elimination Act of 2000 (42 U.S.C. 14135a)" after "period of release".

<< 18 USCA § 3297 >>

SEC. 1005. TOLLING OF STATUTE OF LIMITATIONS FOR SEXUAL-ABUSE OFFENSES.

Section 3297 of title 18, United States Code, is amended by striking "except for a felony offense under chapter 109A,".

TITLE XI--DEPARTMENT OF JUSTICE REAUTHORIZATION
Subtitle A--AUTHORIZATION OF APPROPRIATIONS
SEC. 1101. AUTHORIZATION OF APPROPRIATIONS FOR FISCAL YEAR 2006.

There are authorized to be appropriated for fiscal year 2006, to carry out the activities of the Department of Justice (including any bureau, office, board, division, commission, subdivision, unit, or other component thereof), the following sums:

(1) GENERAL ADMINISTRATION.--For General Administration: $161,407,000.

(2) ADMINISTRATIVE REVIEW AND APPEALS.--For Administrative Review and Appeals: $216,286,000 for administration of clemency petitions and for immigration-related activities.

(3) OFFICE OF INSPECTOR GENERAL.--For the Office of Inspector General: $72,828,000, which shall include not to exceed $10,000 to meet unforeseen emergencies of a confidential character.

(4) GENERAL LEGAL ACTIVITIES.--For General Legal Activities: $679,661,000, which shall include--

(A) not less than $4,000,000 for the investigation and prosecution of denaturalization and deportation cases involving alleged Nazi war criminals;

(B) not less than $15,000,000 for the investigation and prosecution of violations of title 17 of the United States Code;

(C) not to exceed $20,000 to meet unforeseen emergencies of a confidential character; and

(D) $5,000,000 for the investigation and prosecution of violations of chapter 77 of title 18 of the United States Code.

Copr. © West 2007 No Claim to Orig. Govt. Works