# EXHIBIT D

PL 109-248, 2006 HR 4472                                                              Page 34
PL 109-248, July 27, 2006, 120 Stat 587
**(Cite as: 120 Stat 587)**

by striking "if" through subparagraph (B) and inserting a semicolon.

<< 42 USCA § 14135a >>

## SEC. 155. DNA FINGERPRINTING.

The first sentence of section 3(a)(1)(A) of the DNA Analysis Backlog Elimination Act of 2000 (42 U.S.C. 14135a(a)(1)(A)) is amended by striking "arrested" and inserting "arrested, facing charges, or convicted".

## TITLE II--FEDERAL CRIMINAL LAW ENHANCEMENTS NEEDED TO PROTECT CHILDREN FROM SEXUAL ATTACKS AND OTHER VIOLENT CRIMES
<< 21 USCA § 841 >>

## SEC. 201. PROHIBITION ON INTERNET SALES OF DATE RAPE DRUGS.

Section 401 of the Controlled Substances Act (21 U.S.C. 841) is amended by adding at the end the following:

"(g) INTERNET SALES OF DATE RAPE DRUGS.--

"(1) Whoever knowingly uses the Internet to distribute a date rape drug to any person, knowing or with reasonable cause to believe that--

"(A) the drug would be used in the commission of criminal sexual conduct;  or

"(B) the person is not an authorized purchaser;

shall be fined under this title or imprisoned not more than 20 years, or both.

"(2) As used in this subsection:

"(A) The term 'date rape drug' means--

"(i) gamma hydroxybutyric acid (GHB) or any controlled substance analogue of GHB, including gamma butyrolactone (GBL) or 1,4-butanediol;

"(ii) ketamine;

"(iii) flunitrazepam;  or

*612
"(iv) any substance which the Attorney General designates, pursuant to the rulemaking procedures prescribed by section 553 of title 5, United States Code, to be used in committing rape or sexual assault.

The Attorney General is authorized to remove any substance from the list of date rape drugs pursuant to the same rulemaking authority.

"(B) The term 'authorized purchaser' means any of the following persons, provided such person has acquired the

Copr. © West 2007 No Claim to Orig. Govt. Works