SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7359
    Facsimile: (415) 436-7234
    denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>     Plaintiff, <br><br> v. <br><br> SHANNON BLAYLOCK, <br>    aka ARLANDYS RICHARDSON, <br>    aka "DADDY RICH", <br> TAWAKONI SEATON, <br>    aka TONI, and <br> LATOSHA GARDNER, <br><br>     Defendant. | CR No. 07-0454 PJH <br><br> **ERRATA RE: MEMORANDUM IN OPPOSITION TO MOTION FOR SEVERANCE** |

    COMES NOW, THE UNITED STATES OF AMERICA, and hereby files this Errata Re: Memorandum in Opposition to Motion for Severance, in the form of the Table of Contents and the Table of Authorities which are attached hereto.

DATED: November 23, 2007

                      Respectfully submitted,
                      SCOTT N. SCHOOLS
                      United States Attorney


                        /s/ Denise Barton
                  DENISE M. BARTON
                  Assistant United States Attorney

# TABLE OF CONTENTS

TABLE OF AUTHORITIES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ii

I.     STATEMENT OF FACTS. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

II.    ARGUMENT. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
        A.     The Defendant Bears a Heavy Burden to Justify Severance. . . . . . . . . . . . . . . . . . 5
        B.     The Defendant Has Failed To Make Even A Threshold Showing of a Violation of Her Right to a Speedy Trial. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
              1.     The Defendant's Case Is Not Prejudiced By Proceeding in the Ordinary Course. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
              2.     The Defendant's Efforts to Meet the Second Factor By Casting Baseless Aspersions on the United States Prosecutorial Actions Should Be Disregarded. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
        C.     The 70 Day Speedy Trial Act Clock Has Not Been Violated.. . . . . . . . . . . . . . . 10

III.   CONCLUSION. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

# TABLE OF AUTHORITIES

**FEDERAL CASES**

*Barker v. Wingo*, 407 U.S. 514 (1972). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

*Dillingham v. United States*, 423 U.S. 64 (1975) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

*Doggett v. United States*, 505 U.S. 647 (1992).. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

*United States v. Adams*, 581 F.2d. 193 (9th Cir. 1978) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

*United States v. Adler*, 862 F.2d 210 (9th Cir. 1988). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

*United States v. Brady*, 579 F.2d 1121 (9th Cir. 1978). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

*United States v. Baker*, 10 F.3d 1374 (1993).. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

*United States v. Beamon*, 992 F.2d 1009 (9th Cir.1993).. . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 8

*United States v. Fernandez*, 388 F.3d 199 (9th Cir. 2004). . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

*United States v. Gregory*, 322 F.3d 1157 (9th Cir. 2003).. . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 8

*United States v. Hanley*, 190 F.3d 1017 (9th Cir. 1999). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

*United States v. Henry*, 615 F.2d 1223 (9th Cir. 1980). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

*United States v. King*, 483 F.3d 969 (9th Cir. 2007). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 10

*United States v. Klopner*, 386 U.S. 213 (1967). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

*United States v. McDonald*, 576 F.2d 1350 (9th Cir. 1978). . . . . . . . . . . . . . . . . . . . . . . . . . . 5

*United States v. Vasquez-Velasco*, 15 F.3d 833 (9th Cir. 1994). . . . . . . . . . . . . . . . . . . . . . 5, 10

*United States v. Zedner*, 126 S. Ct. 1976 (2006). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

*Zafiro v. United States*, 506 U.S. 534 (1993). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5


**FEDERAL STATUTES**

18 U.S.C. § 3142(c). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3, 9


**FEDERAL RULES**

Federal Rule of Criminal Procedure 14. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Federal Rule of Criminal Procedure 14(a) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Federal Rule of Criminal Procedure 8(b). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10