*U.S. Department of Justice*

*United States Attorney*
*Northern District of California*

*11th Floor, Federal Building*  (415) 436-7200
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California 94102-3495*  *FAX:(415) 436-7234*

November 21, 2007

BY HAND DELIVERY
Honorable Phyllis J. Hamilton
United States District Court
450 Golden Gate Avenue
Courtroom 17-3
San Francisco, CA 94102

      Re:    United States v. Latosha Gardner
            CR 07-454 PJH

Dear Judge Hamilton:

      I write seeking a clarification to the Court's orders on October 24, 2007 concerning certain exclusions of time under the Speedy Trial Act. I have discussed this matter with Deputy Clerk Heuerman who advised me to submit this letter to the Court.

      On October 24, 2007, the parties appeared before this Court. At the conclusion of the appearance, counsel for the United States was directed to prepare the appropriate orders for exclusion of time under the Speedy Trial Act. The Criminal Minutes from that appearance reflect that:

(1)    the parties stipulated to exclude time from October 10 through October 24, 2007;

(2)    that the Speedy Trial Act was running from October 24, 2007 through November 7, 2007; and

(3)    that the Speedy Trial Act would be tolled on November 7, 2007 upon the filing of defendant's Motion to Sever.

I believe that an additional exclusion of time was made from October 24, 2007 through November 7, 2007 that is not noted in the Criminal Minutes. I also seek to clarify the ground for the first exclusion of time to permit preparation of the appropriate order.

      My recollection is that the Court excluded the following periods of time for the noted reasons:

(1)    <u>October 10, 2007 through October 24, 2007</u> - The parties stipulated and the Court excluded the period following the intended filing date for a motion by defendant that defense counsel ultimately decided not to file. This exclusion is reflected in the Minutes but not the ground for exclusion. I believe the Court excluded this time pursuant to Title 18, United States Code, section 3161(h)(8)(A).

(2)   October 24, 2007 through November 7, 2007. I moved to exclude this time pursuant to Title 18, United States Code, section 3161(h)(1)(7) on that basis that the defendant is joined for trial with her other co-defendants, that no motion to sever had been filed, and that the time was a reasonable period of time. Defense counsel objected to this request. My recollection is that the Court excluded this period of time pursuant to Title 18, United States Code, section 3161(h)(1)(7). The Criminal Minutes note that the Speedy Trial clock is running from October 24, 2007 through November 7, 2007 and do not reflect this exclusion.

(3)   November 7, 2007 through hearing on or prompt disposition of the motion. Over the objection of defense counsel, the Court excluded this time pursuant to Title 18, United States Code, section 3161(h)(1)(F).

I have discussed this matter with counsel for the defendant. She recalls that the time period from October 10, 2007 through October 24, 2007 was excluded by the Court but does not recall the ground. Further, as to the period from October 24, 2007 through November 7, 2007, defense counsel recalls objecting to this exclusion but does not recall whether the Court ruled that this time was properly excluded.

Thank you to you and Deputy Clerk Heuerman for your time and attention to this request.

Very truly yours,

SCOTT N. SCHOOLS
United States Attorney

____/s/_____
Denise Marie Barton
Assistant United States Attorney


cc:   Jodi Linker, AFPD (via hand delivery)