UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

LATOSHA GARDNER,

    Defendant(s).
_____/

No. CR 07-0454 PJH

**CLERK'S NOTICE**

    YOU ARE HEREBY NOTIFIED that Defendant's Motion to Sever set for hearing on **December 12, 2007 will be heard at 1:30 p.m.** , in Courtroom No. 3 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California.

Richard W. Wieking
Clerk, U.S. District Court

by:_____
Nichole Heuerman, Deputy Clerk
Honorable Phyllis J. Hamilton
(415) 522-2023

Dated: November 27, 2007