UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

LATOSHA GARDNER,

    Defendant(s).
_____/

No. CR 07-0454 PJH

**ORDER CLARIFYING SPEEDY TRIAL ACT EXCLUSIONS**

Pursuant to the request of counsel for the United States, the court clarifies its prior rulings with respect to Speedy Trial Act exclusions as follows:

1. Time was excluded from October 10, 2007 through October 24, 2007, based on the stipulation of the parties, pursuant to 18 U.S.C. 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

2. Time was excluded from October 24, 2007 through November 7, 2007, at the request of the United States and over the objection of the defendant, pursuant to 18 U.S.C. 3161(h)(7).

3. Time was excluded from November 7, 2007 through December 12, 2007, over the objection of the defendant pursuant to 18 U.S.C. 3161(h)(1)(F).

**IT IS SO ORDERED.**

Dated: November 27, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge