UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** January 30, 2008                              **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-07-0454 PJH

**Case Name:** UNITED STATES  v.  LATOSHA GARDNER (Present)

**Attorney for Plaintiff:**    Denise Barton
**Attorney for Defendant:**  Jodi Linker

**Deputy Clerk:** Nichole Heuerman            **Court Reporter**: Jim Yeomans

**PROCEEDINGS**

  Status-Held.  The government updates the court regarding the dismissal of Ms. Gardner from the case.  The parties will need more time to work out the issue.  The parties to appear at the next hearing date already set along with the co-defendants on February 20, 2008 at 1:30 p.m.


**CASE CONTINUED TO: February 20, 2008 at 1:30 p.m. for Further Status**.


**cc:** chambers