## PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | Honorable Edward M. Chen<br>U.S. Magistrate Judge | **RE:** | Latosha Gardner |
| **FROM:** | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | **DOCKET NO.:** | CR07-0454 PJH |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| | |
|---|---|
| Anthony R. Granados | (408) 535-5223 |
| U.S. PRETRIAL SERVICES OFFICER | TELEPHONE NUMBER |

**RE:    MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐   I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒   Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐   Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐   I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐   Modification(s)

A.

B.

☐   Bail Revoked/Bench Warrant Issued.

☐   I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☒   Other Instructions:

_Parties to address whether curfew + EMs are advisable aside from mandate of Adam Walsh Act_

| | |
|---|---|
| _[signature]_ | 3/3/08 |
| **JUDICIAL OFFICER** | **DATE** |

**Cover Sheet** (12/03/02)