JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7359
    Facsimile: (415) 436-7234
    denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> SHANNON BLAYLOCK, <br>     aka ARLANDYS RICHARDSON, <br>     aka "DADDY RICH", <br> TAWAKONI SEATON, <br>     aka TONI, and <br> LATOSHA GARDNER, <br>     Defendant. | CR No. 07-0454 PJH <br><br> MEMORANDUM IN RESPONSE TO THE COURT'S REQUEST FOR A BAIL REVIEW HEARING AS TO CO-DEFENDANT GARDNER |

On March 3, 2008, this Court advised the parties that it would conduct a Bail Review Hearing concerning defendant Latosha Gardner on March 19, 2008 at 9:30 am for the parties to "address whether curfew and EMS are advisable aside from mandate of Adam Walsh Act." *Proposed Order re Modification of Conditions (Or Information / Violation). (ECF Document 54).*

//

A.      Procedural History

On August 16, 2007, at the initial detention hearing for this defendant, after hearing from the parties and pre-trial services, the Court imposed release conditions, including a curfew as recommended by Pretrial Services. *(ECF Document No. 3)*. Thereafter, on November 28, 2008, upon motion of the United States and after briefing and a hearing, the Court imposed the subsequent condition of electronic monitoring in accordance with the provisions of the Adam Walsh Act. *Order Granting the Government's Motion to Amend Release Conditions dated November 28, 2007. (ECF Document No. 40)*. It is the understanding of the United States that Pretrial Services has determined that, to date, the defendant has been compliant with the electronic monitoring provisions of her release conditions.

When release conditions were set by this Court for defendant Gardner, the defendant was the only one of the three co-defendants who had been located and apprehended. On November 20, 2007 (Seaton) and December 10, 2007 (Blaylock), the remaining co-defendants made their initial appearances in this District. (*ECF Document Nos. 33, 42*). All co-defendants, including Gardner, are on calendar for Motions and Trial Setting on March 26, 2008 before the Honorable Phyllis J. Hamilton. (*ECF Document No. 52*).

B.      Recommendation of the United States

The United States maintains that the electronic monitoring provision is appropriate for defendant Gardner both due to the mandatory nature of the condition under Title 18 United States Code, section 3142(c) and due to the nature and circumstances of this defendant and this crime. In response to the Court's specific request, the United States believes that this defendant should remain on the conditions previously imposed by this Court, including electronic monitoring for the following reasons: the defendant has been charged with the serious child exploitation crimes of Sex Trafficking of a Minor and Conspiracy to engage in the same. As the Indictment sets forth, the defendant and others are charged transporting a minor from Louisiana into the Northern District of California for the purpose of prostitution. The defendant is alleged, *inter alia*, to have met the victim at a bus station upon her arrival in San Francisco with another co-defendant, to have provided shelter for the victim between prostitution calls, and to have rented a vehicle that

1  transported the victim to the prostitution calls.

2      The apparent success of the defendant in complying with the electronic monitoring
3  condition of her pre-trial release conditions does not warrant modifying the conditions of release.
4  The curfew and electronic monitoring conditions of release are a legitimate and effective means
5  to ensure that this defendant remains in the District through the resolution of this prosecution;
6  serves as a constant reminder for the defendant to not engage in any post-arrest criminal conduct;
7  and ensures compliance with her bond conditions.  *See Order Granting the Government's Motion*
8  *to Amend Release Conditions dated November 28, 2007.  (ECF Document No. 40)*.

9  C.    Conclusion

10      For these reasons and those to be stated at the hearing on March 19, 2008, the United
11  States recommends that the current pretrial release conditions for defendant Gardner remain in
12  place.

15      Respectfully submitted,

17      JOSEPH P. RUSSONIELLO
    United States Attorney

19      _____/s/_____
    DENISE MARIE BARTON
20      Assistant United States Attorney

Date:   March 12, 2008