UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** April 9, 2008     **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-07-0454 PJH

**Case Name:** UNITED STATES v. LATOSHA GARDNER (Present)

**Attorney for Plaintiff:** Denise Barton
**Attorney for Defendant:** Jodi Linker

**Deputy Clerk:** Nichole Heuerman     **Court Reporter:** Jim Yeomans

**PROCEEDINGS**

    Further Status-Held. The government informs the court that a disposition has been reached as to Ms. Gardner only. The notice of dismissal is signed and filed in court.

    The bond is hereby exonerated.

**cc:** chambers; Finance