JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7359
    Facsimile: (415) 436-7234
    denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0454 PJH |
| Plaintiff, | |
| v. | NOTICE OF DISMISSAL AND ORDER |
| SHANNON BLAYLOCK,<br>    aka ARLANDYS RICHARDSON,<br>    aka "DADDY RICH",<br>TAWAKONI SEATON,<br>    aka TONI, and<br>LATOSHA GARDNER, | |
| Defendant. | |

        With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Indictment

//
//
//
//

NOTICE OF DISMISSAL, No. CR 07-0454 PJH         1

against co-defendant Latosha Gardner only, without prejudice.

DATED: April 9, 2008                                  Respectfully submitted,

                                                      JOSEPH P. RUSSONIELLO
                                                      United States Attorney

                                                      /s/ Brian Stretch
                                                      BRIAN STRETCH
                                                      Chief, Criminal Division

Leave is granted to the government to dismiss the above Indictment against co-defendant Latosha Gardner, and the Indictment against co-defendant Latosha Gardner is hereby dismissed.

IT IS SO ORDERED.

DATED: 4/9/08                                         _____
                                                      HON. PHYLLIS J. HAMILTON
                                                      United States District Judge

*IT IS SO ORDERED* — Judge Phyllis J. Hamilton, United States District Court, Northern District of California

NOTICE OF DISMISSAL, No. CR 07-0454 PJH                                                          2