JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7359
    Facsimile: (415) 436-7234
    denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>SHANNON BLAYLOCK,<br>    aka ARLANDYS RICHARDSON,<br>    aka "DADDY RICH",<br>TAWAKONI SEATON,<br>    aka TONI, and<br>LATOSHA GARDNER,<br>    Defendant. | CR No. 07-0454 PJH<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |

On March 26, 2008, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations for co-defendant Gardner from March 26, 2008 through April 9, 2008 and for co-defendants Blaylock and Seaton from March 26, 2008 through April 30, 2008. The parties represented that granting the continuance was

//

//

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME, 07-0454 PJH
1

1 necessary for effective preparation of counsel, taking into account the exercise of due diligence.
2 See 18 U.S.C. § 3161(h)(8)(B)(iv).
3 SO STIPULATED:
4
5           JOSEPH P. RUSSONIELLO
          United States Attorney
6
7 DATED: April 30, 2008       /s/ Denise Barton
          DENISE MARIE BARTON
8           Assistant United States Attorney
9
10 DATED: April 30, 2008       /s/
          MICHAEL STEPANIAN
11           Attorney for SHANNON BLAYLOCK
12
13 DATED: April 30, 2008       /s/
          KENNETH WINE
14           Attorney for TAWAKONI SEATON
15
16 DATED: April 30, 2008       /s/
          JODI LINKER
17           Attorney for LATOSHA GARDNER
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | **[Proposed] Order** |
| 2 | As the Court found on March 26, 2008 and for the reasons stated above, the Court finds that |
| 3 | the ends of justice served by the continuance outweigh the best interests of the public and the |
| 4 | defendants in a speedy trial and that time should be excluded from the Speedy Trial Act |
| 5 | calculations time should be excluded from March 26, 2008 through April 9, 2008 for co- |
| 6 | defendant Gardner and from March 26, 2008 through April 30, 2008 for co-defendants Blaylock |
| 7 | and Seaton for effective preparation of counsel. See 18 U.S.C. §3161 (h)(8)(A). The failure to |
| 8 | grant the requested continuance would deny counsel reasonable time necessary for effective |
| 9 | preparation of counsel, taking into account the exercise of due diligence, and would result in a |
| 10 | miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv). |

SO ORDERED.

DATED: _____   _____
HONORABLE. PHYLLIS J. HAMILTON
United States District Judge